UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
UNITED STATES OF AMERICA

   -v-

PAUL GREENWOOD, and
STEPHEN WALSH,
           Defendants.

------------------------------------------------------------------x

09-cr-722 (MGC)

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law In Support of Defendant Paul Greenwood's Motion for Attorneys' Fees and Costs, Declarations of Paul Greenwood and Susan R. Necheles and accompanying exhibits submitted in support thereof, Defendant Paul Greenwood will move this Court, before the Honorable Miriam G. Cedarbaum, in the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order granting the release of $1,000,000 for Mr. Greenwood's payment of attorneys' fees and costs in this criminal case.

Dated: New York, New York
       November 25, 2009

                                         HAFETZ & NECHELES

                                         /s/
                            _____
                            Frederick P. Hafetz, Esq. (FH 1219)
                            Susan R. Necheles (SN 1215)
                            Tracy E. Sivitz, Esq. (TES 3333)
                            500 Fifth Avenue
                            29th Floor
                            New York, New York 10110
                            212-997-7595
                            fph@hafetzlaw.com
                            srn@hafetzlaw.com
                            tes@hafetzlaw.com

                            *Attorneys for Defendant Paul Greenwood*