# EXHIBIT A

ROBB EVANS & ASSOCIATES LLC, RECEIVER OF
WG TRADING INVESTORS, LP ("WGTI")

SUMMARY OF WGTI'S PAYMENTS TO OR FOR THE BENEFIT OF PAUL GREENWOOD AND
HIS AFFILIATES AND FAMILY MEMBERS
PERIOD FROM JANUARY 1, 1999 TO FEBRUARY 25, 2009 (COMMENCEMENT OF RECEIVERSHIP)
(Information for Period Prior to January 1, 1999 is Currently Unavailable)

| | Paul Greenwood | Grand Central Con-struction Account | Green-wood Con-struction Account | Grand Central Inc. | Robin Green-wood | Robin Green-wood FBO Children | The Green-wood Family Trust | For the Benefit of Paul Greenwood | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1999 | $ 3,090,045 | $      - | $1,900,000 | $      - | $ 12,000 | $      - | $      - | $ 4,980,012 | $ 9,982,057 |
| 2000 | 1,731,000 | - | 1,260,000 | - | 19,000 | 200,000 | - | 1,081,026 | 4,291,026 |
| 2001 | 2,316,400 | - | 925,000 | - | 50,500 | - | - | 2,921,286 | 6,213,186 |
| 2002 | 2,241,500 | 1,300,000 | 925,000 | 250,000 | 37,000 | - | - | 14,837,810 | 19,591,310 |
| 2003 | 2,685,000 | 1,900,000 | 475,000 | 750,000 | 12,000 | - | - | 1,166,471 | 6,988,471 |
| 2004 | 3,378,500 | 2,800,000 | 100,000 | 450,000 | 24,000 | - | - | 602,727 | 7,355,227 |
| 2005 | 3,291,500 | 2,700,000 | 100,000 | 600,000 | 12,000 | - | - | 281,791 | 6,985,291 |
| 2006 | 2,945,800 | 2,025,000 | 210,000 | 700,000 | 10,000 | - | 151,000 | 398,181 | 6,439,981 |
| 2007 | 2,915,000 | 1,800,000 | 560,000 | 750,000 | 7,000 | - | - | 322,254 | 6,354,254 |
| 2008 | 2,355,000 | 1,420,000 | 125,500 | 1,050,000 | 39,500 | - | - | 419,463 | 5,409,462 |
| 02/06/09 | - | 75,000 | - | 50,000 | - | - | - | - | 125,000 |
| | $26,949,745 | $14,020,000 | $6,580,500 | $4,600,000 | $ 223,000 | $ 200,000 | $ 151,000 | $27,011,020 | $79,735,265 |