USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/10

# HAFETZ & NECHELES
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: info@hafetzlaw.com

FREDERICK P. HAFETZ
SUSAN R. NECHELES

ERIC D. DOWELL
JOSHUA R. GELLER
NOAH E. SHELANSKI
TRACY E. SIVITZ

January 25, 2010

By Federal Express
The Honorable Miriam Goldman Cedarbaum
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Paul Greenwood and Stephen Walsh*
      09-cr-722 (MGC)

Dear Judge Cedarbaum,

We represent Paul Greenwood in the above-referenced matter. Currently, the conditions of Mr. Greenwood's bail limit his travel to the Southern District of New York, the District of New Jersey, the District of Columbia, the Northern District of New York the Western District of Pennsylvania, and direct travel between his residence in North Salem, New York and the Western District of Pennsylvania or the District of Columbia. We write to seek the Court's permission for Mr. Greenwood to travel to Hendersonville, North Carolina from February 16, 2010 through February 25, 2010 to participate in his daughter, Karen's, promotion to a new level in her program.[1] Assistant United States Attorney John O'Donnell consents to this request.

Mr. Greenwood's 13-year-old daughter, Karen, is currently attending New Leaf Academy in Hendersonville, North Carolina, a residential educational program for teenagers with emotional problems. New Leaf has asked Mr. and Mrs. Greenwood to travel to North Carolina in mid-February so they can participate in Karen's advancement to a higher level in her program. This is a significant step in her treatment.

In accordance with past practice, should his present request be granted, Mr. Greenwood will provide his probation officer, Mr. Scott Kowal, with the full details of his itinerary before he departs.

Respectfully submitted,

Tracy E. Sivitz

Request granted.
So Ordered.

United States District Judge
January 27, 2010

cc:   AUSA John O'Donnell (by Federal Express)

---

[1] On December 10, 2009, this Court granted Mr. Greenwood's request to spend Christmas with Karen in North Carolina. On November 2, 2009, this Court granted Mr. Greenwood's request to visit Karen at New Leaf Academy over the Thanksgiving holiday. On September 14, 2009, this Court also granted Mr. Greenwood's request to visit Karen at New Leaf Academy from October 6, 2009 through October 11, 2009. On August 6, 2009, this Court also granted Mr. Greenwood's request to visit Karen at New Leaf Academy for several days in August.