UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- against -                                    1:09-CR-00722 (MGC-1)

PAUL GREENWOOD,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL

Tracy E. Sivitz will be leaving Hafetz, Necheles & Rocco LLP as of October 22, 2010, and hereby withdraws her appearance as counsel for Paul Greenwood in the above-captioned matter. Mr. Greenwood continues to be represented by Frederick P. Hafetz of Hafetz, Necheles & Rocco LLP.

Respectfully submitted,

Dated: October 18, 2010  By: _/s/_

Tracy E. Sivitz (TS3333)
Frederick P. Hafetz (FH1219)

HAFETZ & NECHELES
500 Fifth Avenue, 29th Floor
New York, NY 10110
Telephone: 212-997-7595
Facsimile: 212-997-7646
E-mail: fhafetz@hnrlawoffices.com

Attorneys for Paul Greenwood