UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>-against-<br><br>PAUL GREENWOOD,<br><br>                Defendant. | 09 Cr. 722 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Paul Greenwood's <u>pro se</u> motion for early termination of supervised release (dkt. no. 319). The Government shall respond to Mr. Greenwood's motion no later than August 21, 2020. Mr. Greenwood shall reply to any Government opposition no later than August 28, 2020.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Greenwood.

**SO ORDERED.**

Dated:    New York, New York
            August 7, 2020

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge